

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00085-CV

Elizabeth **WEYEL**,
Appellant

v.

James **HOPSON** and American Bank of Texas, NA f/k/a State Bank & Trust of Seguin,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1630-CV
Honorable William Old, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment in favor of appellee American Bank of Texas, NA f/k/a State Bank & Trust of Seguin is AFFIRMED. The trial court's summary judgment in favor of appellee James Hopson is REVERSED and the cause as to James Hopson is REMANDED to the trial court for further proceedings.

It is ordered that appellee American Bank of Texas, NA f/k/a State Bank & Trust of Seguin recover its costs of this appeal from appellant Elizabeth Weyel. It is further ordered that appellant Elizabeth Weyel and appellee James Hopson pay their own costs incurred as a result of this appeal.

SIGNED February 4, 2015.

_____
Marialyn Barnard, Justice